**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No. 02-305 DSD/JMM

Kim Estrada,

Plaintiff,

vs.

Spec Plating, Inc.,
a Minnesota Corporation,

Defendant.

**STIPULATION OF DISMISSAL AND ORDER FOR DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the above-entitled action may be, and the same hereby is, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 4/3/02

Steve Andrew Smith #260836
Nichols, Kaster & Anderson
80 South 8th Street
4644 IDS Center
Minneapolis, Minnesota 55402
Attorneys for Plaintiff



FILED 4-8-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 4-8-02
DEPUTY CLERK

Dated: 4/1/02

Mary M.L. O'Brien #177404
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 S. Sixth Street
Minneapolis, Minnesota 55402
612-338-0661
Attorney for Defendant

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

**Judge of District Court**

Dated: 4/8/02.

954626.1